UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>        Plaintiff,<br><br>    v.<br><br>SOLAR LAUNDROMAT CORPORATION dba ASIAN GRILL; BDC PROSPERITY L.P.,<br><br>        Defendant. | Case No. 1:22-cv-00379-JLT-SKO<br><br>**ORDER SETTING ASIDE DEFAULT AGAINST DEFENDANT SOLAR LAUNDROMAT CORPORATION, SETTING RESPONSE DEADLINE, AND CONTINUING SCHEDULING CONFERENCE**<br><br>(Doc. 7)<br><br>Complaint Filed: March 30, 2022<br>Trial Date:      None<br>District Judge:  Hon. Jennifer L. Thurston<br>Magistrate Judge: Hon. Sheila K. Oberto |

Based on the "Joint Stipulation to Set Aside Default Against Defendant Solar Laundromat Corporation, Set Response Deadline, and Continue Scheduling Conference" (Doc. 7), filed by Plaintiff Jose Trujillo and Defendant Solar Laundromat Corporation, and for good cause shown,

IT IS HEREBY ORDERED that:

1. The default entered against Defendant Solar Laundromat Corporation in this case is SET ASIDE;

2. Defendant Solar Laundromat Corporation shall have until twenty-one (21) days after the date of this Order setting aside the entry of default to file a response to Plaintiff Jose Trujillo's Complaint; and

3. The Scheduling Conference, currently set for July 19, 2022, is CONTINUED to September 6, 2022, at 9:45 a.m. before Magistrate Judge Sheila K. Oberto.  The parties shall file their joint scheduling report no later than seven days before the conference.

IT IS SO ORDERED.

Dated:   **June 27, 2022**              /s/ *Sheila K. Oberto*
                              UNITED STATES MAGISTRATE JUDGE